Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−12306−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosalinda Warner
   19 Orchard Drive
   Clifton, NJ 07012

Social Security No.:
   xxx−xx−4340

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/16/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 16, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-12306-SLM
Rosalinda Warner                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Apr 16, 2018
                             Form ID: 148          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
db           +Rosalinda Warner,   19 Orchard Drive,   Clifton, NJ 07012-2114
517318464    +City Ntl Bk/Ocwen Loan Service,   Attn: Bankruptcy,   P.O. Box 24738,
              West Palm Beach, FL 33416-4738
517350208    +FV-I, Inc. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517318469    +Parker McCary Pa,   Brian E. Caine Esquire,   P.O. Box 5054,   Mount Laurel, NJ 08054-5054
517318470    +SLS,   8742 Lucent Blvd. Suite 300,   Littleton, CO 80129-2386
517318471    ++STELLAR RECOVERY INC,   PO BOX 48370,   JACKSONVILLE FL 32247-8370
              (address filed with court: Stellar Recovery Inc,   1327 Highway 2 West,   Kalispell, MT 59901)
517318472    +Stoneleigh Recovery Associates LLC,   P.O. Box 1479,   Lombard, IL 60148-8479

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 16 2018 23:11:04    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 16 2018 23:11:02    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517318461    +EDI: GMACFS.COM Apr 17 2018 02:53:00    Ally Financial,   P O Box 380901,
              Bloomington, MN 55438-0901
517318462    +EDI: WFFC.COM Apr 17 2018 02:53:00    Americas Servicing Co,   P.o. Box 10328,
              Des Moines, IA 50306-0328
517318463    +EDI: BANKAMER.COM Apr 17 2018 02:53:00    Bank of America,
              Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,   Simi Valley, CA 93062-5170
517344630    +EDI: CHRM.COM Apr 17 2018 02:53:00    Chrysler Capital,   PO Box 961275,
              Fort Worth, TX 76161-0275
517318465    +E-mail/Text: clerical.department@yahoo.com Apr 16 2018 23:10:24    Credtrs Coll,   Po Box 63,
              Kankakee, IL 60901-0063
517318466    +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Apr 16 2018 23:11:59    Gla Collection Co Inc,
              2630 Gleeson Ln,   Louisville, KY 40299-1772
517318467    +EDI: IIC9.COM Apr 17 2018 02:53:00    IC System,   Attn: Bankruptcy,
              444 Highway 96 East; Po Box 64378,   St. Paul, MN 55164-0378
517318473    +EDI: DRIV.COM Apr 17 2018 02:53:00    Triad Financial Corp/Santander,
              Attn: Bankruptcy Department,   Po Box 105255,   Atlanta, GA 30348-5255
517347948     EDI: WFFC.COM Apr 17 2018 02:53:00    U.S. Bank National Association, as Trustee..,
              c/o Wells Fargo Bank, N.A.,   Attn: Default Document Processing,   MAC# N9286-01Y,
              1000 Blue Gentian Road,   Eagan, MN 55121-7700
517441424     EDI: AIS.COM Apr 17 2018 02:53:00    Verizon,   by American InfoSource LP as agent,
              PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                       TOTAL: 12

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517318468*   +IC System,   Attn: Bankruptcy,   444 Highway 96 East; Po Box 64378,   St. Paul, MN 55164-0378
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2        User: admin              Page 2 of 2              Date Rcvd: Apr 16, 2018
                           Form ID: 148              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:

     Denise E. Carlon    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
     Capital Holdings LLC dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com

     Marie-Ann  Greenberg   magecf@magtrustee.com

     Rebecca Ann Solarz    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
     Capital Holdings LLC rsolarz@kmllawgroup.com

     Stuart D. Gavzy    on behalf of Debtor Rosalinda  Warner stuart@gavzylaw.com,
     lesliebrown.paralegal@gmail.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com

     U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

     William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
     MASTR Asset Backed Securities Trust 2006-HE1, Mortgage Pass-Through Certificates, Series
     2006-HE1 ecf@powerskirn.com

     William M.E. Powers, III   on behalf of Creditor    U.S. Bank National Association, as Trustee for
     MASTR Asset Backed Securities Trust 2006-HE1, Mortgage Pass-Through Certificates, Series
     2006-HE1 ecf@powerskirn.com

                                                                 TOTAL: 7